# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **ASHLEY FORD,** | )<br>)<br>) |
| **Plaintiff,** | )<br>)<br>) |
| v. | )<br>)<br>) |
| **MIDLAND FUNDING LLC, MIDLAND CREDIT MANAGEMENT, INC., and FREDERICK J. HANNA & ASSOCIATES, P.C.,** | )  **CIVIL ACTION NO.**<br>)  **1:13-cv-3062-CC-JFK**<br>)<br>)<br>)<br>) |
| **Defendants.** | )<br>) |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** plaintiff Ashley Ford ("Plaintiff") and defendants Midland Funding, LLC, Midland Credit Management, Inc. and Frederick J. Hanna & Associates, P.C. (collectively, "Defendants"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby jointly stipulate that this action is dismissed, with prejudice, with the parties to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 14th day of March, 2014

/s/ Steven H. Koval
Steven H. Koval
Georgia Bar No. 428905
SHKoval@aol.com
The Koval Firm, LLC
3575 Piedmont Road

20519996 v1

15 Piedmont Center, Suite 120
Atlanta, GA  30305
Attorney for Plaintiff
ASHLEY FORD


/s/ *R. Frank Springfield*
R. Frank Springfield
Georgia Bar No. 316045
fspringf@burr.com
Amanda E. Wilson
Georgia Bar No. 165135
awilson@burr.com
BURR & FORMAN, LLP
171 Seventeenth Street, NW, Suite 1100
Atlanta, Georgia  30363
Telephone:  (404) 815-3000
Facsimile:  (404) 817-3244

Attorneys for Defendants
MIDLAND FUNDING, LLC AND MIDLAND
CREDIT MANAGEMENT, INC.



*/s/ Jennifer K. Coalson*
J. Matthew Maguire, Jr.
Georgia Bar No. 372670
Jennifer K. Coalson
Georgia Bar No. 266989
PARKS CHESIN & WALBERT, P.C.
75 Fourteenth Street, 26th Floor
Atlanta, GA 30309
Phone: (404) 873-8000
mmaguire@pcwlawfirm.com
jcoalson@pcwlawfirm.com
Attorneys for Defendant
FREDERICK J. HANNA & ASSOCIATES, P.C.